AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

E-filing

SIERRA CLUB, ALLIANCE FOR HEALTHY
HOMES, AND NATURAL RESOURCES
DEFENSE COUNCIL

**SUMMONS IN A CIVIL CASE**

V.

STEPHEN. L. JOHNSON, Administrator
United States Environmental Protection Agency

CV 08  JL  0956

CASE NUMBER:

TO: (Name and address of Defendant)

STEPHEN L. JOHNSON, Administrator
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynne R. Saxton
1736 Franklin Street, 9th Floor, Oakland, CA 94612

Thomas Neltner
1701 Tilton Dr., Silver Spring, MD 20902

Mae C. Wu
1200 New York Ave., NW, Suite 400, Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

FEB 15 2008

CLERK

DATE

(By) DEPUTY CLERK