James R. Wheaton (CA Bar 115230)
Lynne R. Saxton (CA Bar 226210)
Environmental Law Foundation
1736 Franklin Street, 9th Floor, Oakland, CA 94612
(510) 208-4555, Fax: (510) 208-4562
wheaton@envirolaw.org
lsaxton@envirolaw.org

Mae C. Wu (Cal. Bar No. 216086)
Natural Resources Defense Council
1200 New York Ave., NW Suite 400
Washington, DC 20005
(202) 289-6868, Fax: (202) 289-1060
mwu@nrdc.org

Tom Neltner (IN 19246-49) *Pro Hac Vice* Application Pending
1701 Tilton Dr., Silver Spring, MD 20902
(317) 442-3973, Fax: (866) 234-8505
neltner@ikecoalition.org

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, NATURAL RESOURCE DEFENSE COUNCIL, a non-profit organization, ALLIANCE FOR HEALTHY HOMES, a non-profit organization<br><br>  Plaintiffs,<br><br>  vs.<br><br>STEPHEN L. JOHNSON, in his official Capacity as Administrator of the United States Environmental Protection Agency<br>  Defendant. | **Case. No.:**<br><br>**CV 08 0956**<br><br>[PROPOSED] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Thomas Neltner, an active member in good standing of the bar of Indiana (No. 19246-49), whose business address and telephone number are 1701 Tilton Dr., Silver Spring, MD

1    20902, (317) 442-3973 having applied in the above-entitled action for admission to practice in

2    the Northern District of California on a *pro hac vice* basis, representing the Plaintiffs.

3        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

4    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

5    *vice*. Service of papers upon and communication with co-counsel designated in the application

6    will constitute notice to the party. All future filings in this action are subject to the requirements

7    contained in General Order No. 45, *Electronic Case Filing*.

8

9    Dated: 2-22-08

                                    JAMES LARSON
                                    U.S. CHIEF MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*                                                    Page 2