Mae C Wu (Cal. Bar No. 216086)
Natural Resources Defense Council
1200 New York Ave., NW Suite 400
Washington, DC 20005
(202) 289-6868, Fax: (202) 289-1060
mwu@nrdc.org

Tom Neltner (IN 19246-49) *Pro Hac Vice* Application Pending
1701 Tilton Dr., Silver Spring, MD  20902
(317) 442-3973, Fax: (866) 234-8505
neltner@ikecoalition.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ALLIANCE FOR HEALTHY HOMES,<br><br>Plaintiffs,<br>v.<br><br>STEPHEN L. JOHNSON, in his official Capacity as Administrator of the United States Environmental Protection Agency<br><br>Defendant. | Case. No.: C 08-00956 JL<br><br>**DECLARATION OF MAE C WU IN SUPPORT OF MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Chief Magistrate Judge James Larson |
|---|---|

I, Mae C Wu, make the following declaration:

1. I am an attorney for Plaintiff Natural Resources Defense Council in the above-captioned case.  I make this declaration based on my own knowledge.

2. Prior to filing the lawsuit, I have participated in separate discussions both with EPA and with representatives of seven companies from whom EPA requested voluntary submission of information ("Manufacturers") for the purpose of further settlement discussions. Since filing the lawsuit, I have continued to confer with EPA and the Manufacturers regarding settlement.  All of these discussions have been in conjunction with counsel for Plaintiffs Sierra Club and Alliance for Healthy Homes.

3.     To encourage continued settlement discussions with EPA, I have not yet served Defendant with the complaint but anticipate serving the complaint before the deadline on June 16, 2008.

Pursuant to 28 U.S.C. § 1746, I declare and affirm under penalty of perjury that the foregoing is true and correct.

/s/ Mae C Wu
Mae C Wu

Executed in Washington, DC, this 30th day of April, 2008.

**Proof of Service**

I, Monique Waples, hereby certify that I caused a true and correct copy of this **Declaration of Mae C Wu In Support of Motion For Administrative Relief And [Proposed] Order To Reschedule Case Management Conference** to be served via first-class mail on this date, April 30, 2008, to the following counsel:

David Berol
Brian Grant
Office of General Counsel
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Leslie Hill
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

/s/ Monique Waples
Monique Waples