Mae C Wu (Cal. Bar No. 216086)
Natural Resources Defense Council
1200 New York Ave., NW Suite 400
Washington, DC 20005
(202) 289-6868
Fax: (202) 289-1060
mwu@nrdc.org

Tom Neltner (IN 19246-49) Admitted *Pro Hac Vice*
1701 Tilton Dr.
Silver Spring, MD 20902
(317) 442-3973
Fax: (866) 234-8505
neltner@ikecoalition.org

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ALLIANCE FOR HEALTHY HOMES,<br><br>Plaintiffs,<br>v.<br><br>STEPHEN L. JOHNSON, Administrator, U.S. Environmental Protection Agency,<br><br>Defendant. | Case No.: C 08-00956 JL<br><br>**Plaintiffs' Federal Rule 7.1 Disclosure Statement**<br><br>Judge: Chief Magistrate Judge James Larson |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Sierra Club, Natural Resources Defense Council, and Alliance for Healthy Homes represent that each is a non-profit organization and provide the following corporate disclosure statement:

None of the above-named Plaintiffs has any outstanding shares or debt securities in the hands of the public, and do not have any parent, subsidiary, or affiliates that have issued shares or debt securities to the public.

1  Dated: June 10, 2008

Respectfully submitted,

/s/ Mae C Wu

Mae C Wu (Cal. Bar No. 216086)
Natural Resources Defense Council
1200 New York Ave., NW Suite 400
Washington, DC 20005
(202) 289-6868 / Fax: (202) 289-1060
mwu@nrdc.org

Attorney for Plaintiff NRDC


/s/ Thomas Neltner

Thomas Neltner (*Pro Hac Vice* application pending)
1701 Tilton Dr.
Silver Spring, MD 20902
(317) 442-3973 / Fax: (866) 234-8505
neltner@ikecoalition.org

Attorney for Plaintiffs Sierra Club and Alliance for Healthy Homes

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrences in this filing for the signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Mae C Wu
Mae C Wu

**Proof of Service**

I, Monique Waples, hereby certify that I caused a true and correct copy of this **Rule 7.1 Disclosure Statement** to be served via first-class mail on this date, June 10, 2008, to the following counsel:

David Berol
Brian Grant
Office of General Counsel
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Leslie Hill
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

/s/ Monique Waples
Monique Waples