Aaron Colangelo
Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, DC 20005
Phone: (202) 289-6868
(Name, address, and phone number of applicant)

FILED
08 JUN 16 PM 4:02

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB, et al.,

              Plaintiff(s),

        v.

STEPHEN L. JOHNSON, Administrator,
United States Environmental
Protection Agency,
              Defendant(s).

CASE NO. CV 08-0956 JL

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

    Pursuant to Civil L.R. 11-3, Aaron Colangelo, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Natural Resources Defense Council in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Lynne R. Saxton (CA Bar 226210)
Environmental Law Foundation
1736 Franklin Street, 9th Floor
Oakland, CA 94612
Phone: (510) 208-4555

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/13/08

| | |
|---|---|
| 1 | **Proof of Service** |
| 2 | I, Kathryn Boudouris, hereby certify that I caused a true and correct copy of this |
| 3 | **Application for Admission of Attorney *Pro Hac Vice* and (Proposed) Order Granting** |
| 4 | **Application for Admission of Attorney *Pro Hac Vice*** to be served via first-class mail on this |
| 5 | date, June 13, 2008, to the following counsel: |
| 7 | David Berol |
| 8 | Brian Grant |
| | Office of General Counsel |
| 9 | Environmental Protection Agency |
| | Ariel Rios Building |
| 10 | 1200 Pennsylvania Avenue, N.W. |
| 11 | Washington, DC 20460 |
| 12 | Leslie Hill |
| | U.S. Department of Justice |
| 13 | 950 Pennsylvania Avenue, NW |
| 14 | Washington, DC 20530-0001 |

Kathryn Boudouris