UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB, et al.,

           Plaintiff(s),

v.

STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency,

           Defendant(s).

CASE NO. CV 08-0956 JL

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Aaron Colangelo, an active member in good standing of the bar of the District of Columbia (particular court to which applicant is admitted) whose business address and telephone number is Natural Resources Defense Council, 1200 New York Ave., NW, Suite 400, Washington, DC 20005, Phone: (202) 289-6868, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Natural Resources Defense Council,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6-12-08

Chief United States Magistrate Judge
James Larson