```
1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  Northern District of California
   CHARLES M. O' CONNOR (CA State Bar No. 56320)
3  Assistant United States Attorney
   9th Floor, Federal Building
4  450 Golden Gate Avenue, Box 36055
   San Francisco, CA  94102
5  Telephone (415) 436-7180

6  RONALD J. TENPAS
   Assistant Attorney General
7  Environment & Natural Resources Division
   United States Department of Justice
8  LESLIE M. HILL (D.C. Bar No. 476008)
   Leslie.Hill@usdoj.gov
9  Environmental Defense Section
   601 D Street N.W., Suite 8000
10 Washington D.C.  20004
   Telephone (202) 514-0375
11 Facsimile (202) 514-8865

12 Attorneys for Defendants
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, *et al.*, | ) Case No.: **C-08-00956-JL** |
| Plaintiffs, | ) **DECLINATION TO PROCEED BEFORE** |
|  | ) **A MAGISTRATE JUDGE** |
| v. | ) **AND** |
|  | ) **REQUEST FOR REASSIGNMENT TO A** |
| STEPHEN L. JOHNSON, in his official | ) **UNITED STATES DISTRICT JUDGE** |
| capacity as Administrator of the | ) |
| United States Environmental | ) |
| Protection Agency, | ) |
|  | ) |
| Defendant | ) |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and

hereby requests the reassignment of this case to a United States District Judge.

Respectfully submitted,

Dated this 2nd day of September 2008:

                                      RONALD J. TENPAS  
                                      Assistant Attorney General  
                                      Environment and Natural Resources Division

                                      _____  
                                      LESLIE M. HILL (D.C. Bar No. 476008)  
                                      U.S. Department of Justice  
                                      Environment & Natural Resources Division  
                                      Environmental Defense Section  
                                      601 D Street N.W., Suite 8000  
                                      Washington D.C.  20004  
                                      Leslie.Hill@usdoj.gov  
                                      Telephone (202) 514-0375  
                                      Facsimile (202) 514-8865

                                      Attorneys for Defendants

Of Counsel:

DAVID BEROL  
Office of General Counsel  
United States Environmental Protection Agency

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2008, the foregoing **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** was filed electronically. Pursuant to Local Rule 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

**Counsel for Plaintiffs Sierra Club, Natural Resources Defense Council, and the Alliance for Healthy Homes:**

James R. Wheaton
Lynne R. Saxton
Environmental Law Foundation
1736 Franklin Street, 9th Floor
Oakland, CA 94612
wheaton@envirolaw.org
lsaxton@envirolaw.org

Thomas Neltner
1701 Tilton Dr.
Silver Spring, MD 20902
neltner@ikecoalition.org

Mae C. Wu (Cal. Bar No. 216086)
Aaron Colangelo
Natural Resources Defense Council
1200 New York Avenue, N.W. Suite 400
Washington, D.C. 20005
mwu@nrdc.org
acolangelo@nrdc.org