UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB, et al,

        Plaintiff(s),

v.

STEPHEN L. JOHNSON, Administrator

        Defendant(s).
_____/

Case No. 08-00956-JL

ADR CERTIFICATION BY PARTIES AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/2/08

                                                   *[signature]*
                                                   Alliance for Healthy Homes
                                                   [Party]

Dated: 9/2/08

                                                   *[signature]*
                                                   Thomas G. Neltner
                                                   [Counsel]