```
JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California
CHARLES M. O' CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102
Telephone (415) 436-7180

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
P.O. Box 23986
L' Enfant Plaza Station
Washington D.C.  20026-3986
Telephone (202) 514-0375
Facsimile (202) 514-8865

Attorneys for Defendants
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIERRA CLUB, *et al.*, | Case No.: **C-08-00956-JL** |
| Plaintiffs, | **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| v. | |
| STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency, | |
| Defendant | |

Counsel for all parties jointly report that they have met and conferred regarding ADR. Counsel have not reached an agreement to an ADR process; they agree that this case is not amenable to ADR and should be exempted from the ADR program pursuant to ADR L.R. 3-5(g)(3). The Initial Case Management

1 | Conference is scheduled for September 24, 2008.

2 |     The parties intend to jointly present their request for an exemption
3 | from the ADR program at the ADR phone conference. The following counsel will
4 | participate in the ADR phone conference:

5 | Dated: September 2, 2008

```
                                        _____/s/_____
                                        LESLIE M. HILL (D.C. Bar No. 476008)
                                        U.S. Department of Justice
                                        Environment & Natural Resources
                                        Division
                                        Environmental Defense Section
                                        P.O. Box 23986
                                        L' Enfant Plaza Station
                                        Washington D.C.  20026-3986
                                        Leslie.Hill@usdoj.gov
                                        Telephone (202) 514-0375
                                        Facsimile (202) 514-8865

                                        Attorney for Defendant
```

Dated: September 2, 2008

```
                                        _____/s/_____
                                        Mae C. Wu (Cal. Bar No. 216086)
                                        Aaron Colangelo
                                        Natural Resources Defense Council
                                        1200 New York Avenue, N.W. Suite 400
                                        Washington, D.C. 20005

                                        Attorneys for Plaintiff Natural
                                        Resources Defense Council
```

Dated: September 2, 2008

```
                                        _____/s/_____
                                        Thomas Neltner
                                        1701 Tilton Dr.
                                        Silver Spring, MD 20902

                                        Attorney for Plaintiffs Sierra Club
                                        and the Alliance for Health Homes
```

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2008, the foregoing **NOTICE OF NEED FOR ADR PHONE CONFERENCE** was filed electronically. Pursuant to Local Rule 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

**Counsel for Plaintiffs Sierra Club, Natural Resources Defense Council, and the Alliance for Healthy Homes:**

| | |
|---|---|
| James R. Wheaton<br>Lynne R. Saxton<br>Environmental Law Foundation<br>1736 Franklin Street, 9th Floor<br>Oakland, CA 94612<br>wheaton@envirolaw.org<br>lsaxton@envirolaw.org | Thomas Neltner<br>1701 Tilton Dr.<br>Silver Spring, MD 20902<br>neltner@ikecoalition.org |

Mae C. Wu (Cal. Bar No. 216086)
Aaron Colangelo
Natural Resources Defense Council
1200 New York Avenue, N.W. Suite 400
Washington, D.C. 20005
mwu@nrdc.org
acolangelo@nrdc.org