JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California
CHARLES M. O' CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102
Telephone (415) 436-7180

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.   20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIERRA CLUB, *et al.*, | ) Case No.: **C-08-00956-VRW** |
| | ) |
| Plaintiffs, | ) **ADR CERTIFICATION BY PARTIES** |
| | ) **AND COUNSEL** |
| v. | ) |
| | ) |
| STEPHEN L. JOHNSON, in his official | ) |
| capacity as Administrator of the | ) |
| United States Environmental | ) |
| Protection Agency, | ) |
| | ) |
| Defendant. | ) |
| | ) |

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the

undersigned certifies that he or she has:

1           (1) Read the handbook entitled "Dispute Resolution Procedures in
2  the Northern District of California" on the Court's ADR Internet site
3  www.adr.cand.uscourts.gov;
4           (2) Discussed the available dispute resolution options provided
5  by the Court and private entities; and
6           (3) Considered whether this case might benefit from any of the
7  available dispute resolution options.

9  Respectfully submitted,
10 Dated: September 5, 2008                RONALD J. TENPAS
                                           Assistant Attorney General
11                                         Environment and Natural Resources
                                           Division

13                                         _____/s/_____
                                           LESLIE M. HILL (D.C. Bar No. 476008)
14                                         U.S. Department of Justice
                                           Environment & Natural Resources
15                                         Division
                                           Environmental Defense Section
16                                         601 D Street N.W., Suite 8000
                                           Washington D.C.  20004
17                                         Leslie.Hill@usdoj.gov
                                           Telephone (202) 514-0375
18                                         Facsimile (202) 514-8865

19 Dated: September 5, 2008                STEPHEN L. JOHNSON
                                           Administrator, United States
20                                         Environmental Protection Agency

22                                         David Berol
                                           Office of General Counsel
23                                         U.S. Environmental Protection Agency

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2008, the foregoing **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** was filed electronically. Pursuant to Local Rule 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

**Counsel for Plaintiffs Sierra Club, Natural Resources Defense Council, and the Alliance for Healthy Homes:**

James R. Wheaton
Lynne R. Saxton
Environmental Law Foundation
1736 Franklin Street, 9th Floor
Oakland, CA 94612
wheaton@envirolaw.org
lsaxton@envirolaw.org

Thomas Neltner
1701 Tilton Dr.
Silver Spring, MD 20902
neltner@ikecoalition.org

Mae C. Wu (Cal. Bar No. 216086)
Aaron Colangelo
Natural Resources Defense Council
1200 New York Avenue, N.W. Suite 400
Washington, D.C. 20005
mwu@nrdc.org
acolangelo@nrdc.org