**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIERRA CLUB, *et al.*, | Case No.: **C-08-00956-VRW** |
| Plaintiffs, | [PROPOSED] ORDER |
| v. | |
| STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency, | |
| Defendant | |

**[PROPOSED] ORDER**

Pursuant to the parties' Joint Stipulation, the Initial Case Management Conference is reset to October 9 at 3:30 p.m. in Courtroom 6, 17th Floor. It is so ordered.

DATED this __30th__ day of September, 2008.



_____
THE HONORABLE VAUGHN R. WALKER
United States District Court Chief Judge

[PROPOSED] ORDER
Case No. C-08-00956-VRW
1