# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SIERRA CLUB, *et al.*,  )<br>  )<br>Plaintiffs,  )<br>v.  )<br>  )<br>STEPHEN L. JOHNSON,  )<br>   Administrator, U.S. EPA  )<br>  )<br>Defendant.  )<br>  ) | Case No. 08-00956 VRW<br><br>**JOINT STIPULATION TO AMEND<br>BRIEFING SCHEDULE** |

The parties have undertaken discussions to resolve the litigation. We respectfully request a delay in the briefing schedule of 40 days to allow the parties sufficient time to conclude these discussions. With this delay the Defendant's Motion for Summary Judgment currently due December 3, 2008 (Dkt. No. 31) would be due Monday, January 12, 2009.

Respectfully submitted,

Dated: November 26, 2008

                                  /s/
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
L' Enfant Plaza Station
Washington D.C. 20026-3986
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorney for Defendant*

Dated: November 26, 2008                                   /s/

JOINT STIPULATION TO AMEND BRIEFING SCHEDULE
CASE NO. 08-00956 VRW

Mae C. Wu (Cal. Bar No. 216086)
Aaron Colangelo, admitted *pro hac vice*
Natural Resources Defense Council
1200 New York Avenue, N.W. Suite 400
Washington, D.C. 20005
acolangelo@nrdc.org
(202) 289-2376
Fax: (202) 289-1060

Attorneys for Plaintiff NRDC

Dated: November 26, 2008          _____/s/_____
Thomas Neltner, admitted *pro hac vice*
1701 Tilton Dr.
Silver Spring, MD 20902

Attorney for Plaintiffs Sierra Club and the Alliance for Healthy Homes

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Hon. Vaughn R. Walker
United States District Judge

12/4/08
Dated: ~~November ____~~, 2008

IT IS SO ORDERED
Judge Vaughn R Walker

JOINT STIPULATION TO AMEND BRIEFING SCHEDULE
CASE NO. 08-00956 VRW