UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____
                                   )
SIERRA CLUB, *et al.*,             )
                                   )
       Plaintiffs,          )
    v.                           )  Case No. 08-00956 VRW
                                   )
STEPHEN L. JOHNSON,                )
    Administrator, U.S. EPA       )  [~~PROPOSED~~] **ORDER FOR**
                                   )  **DISMISSAL**
                                   )
       Defendant.           )
_____)

## [~~PROPOSED~~] ORDER

PURSUANT TO JOINT STIPULATION FOR DISMISSAL SUBMITTED ON DECEMBER 11, 2008, THE COURT ORDERS THE VOLUNTARY DISMISSAL OF THE CASE WITH PREJUDICE.

_____
Hon.
United

Dated: December __12__, 2008

IT IS SO ORDERED
Judge Vaughn R Walker